EDWIN BOBB, PETITIONER, *vs.* STATE OF MAINE.

Opinion, June 17, 1942.

*Clarence Scott,*

*Hayden C. Covington,* Brooklyn, N. Y., for the petitoner.

SITTING: STURGIS, C. J., THAXTER, HUDSON, MANSER, WORSTER, MURCHIE, JJ.

PER CURIAM.

This is a Petition and Motion to rectify alleged Errors in the Opinion in the case of *State of Maine* v. *Edwin Bobb* argued before the Law Court at the September Term, 1941, and appearing in 138 Me., 242, and 25 Atl. (2d), 229.

A careful examination of this Petition and Motion discloses no error which requires correction.

*Petition dismissed.*
*Motion denied.*